IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHANTA PHILLIPS,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 06-00816-KD-B** |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE** this 16th day of October, 2009.

 s/ Kristi K. DuBose  
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**